# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PORTFOLIO RECOVERY ASSOCIATES, LLC TELEPHONE CONSUMER PROTECTION ACT LITIGATION<br><br>This Document Relates to *MARC V. PORTFOLIO ASSOCIATES, LLC*, Case No.: 3:15-cv-00008-JAH-BGS | Case No.: 3:11-md-02295-JAH-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. John A. Houston<br><br>Magistrate Judge: Hon. Bernard G. Skomal |

The Parties have filed a Joint Motion to Dismiss With Prejudice Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Good cause appearing, the Court GRANTS the Parties' joint motion to dismiss and this action is hereby dismissed with prejudice in its entirety. Each party shall bear their/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 23, 2018

HONORABLE JOHN A. HOUSTON
United States District Court Judge
Southern District of California